In re Gino M. RICCELLI, Petitioner.

No. 13–1567.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 13, 2013.

Decided: June 17, 2013.

Gino M. Riccelli, Petitioner Pro Se.

Before NIEMEYER, KING, and
FLOYD, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Gino M. Riccelli petitions for a writ of
mandamus, alleging that the district court
has unduly delayed in acting on his 28
U.S.C. § 2241 (2006) petition. He seeks
an order from this court directing the dis-
trict court to act. Our review of the dis-
trict court's docket reveals that the district
court denied Riccelli's § 2241 petition on
May 10, 2013. Accordingly, because the
district court has recently decided Riccel-
li's case, we deny the mandamus petition
as moot. We grant leave to proceed in
forma pauperis. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*PETITION DENIED.*